429 A.2d 83

Commonwealth v. Davis, a/k/a Walker, Appellant.

Argued December 4, 1979. Mitchell S. Lipschultz, for appellant; Ellen Mattleman, for Commonwealth, appellee.

Before HESTER, MONTGOMERY, and CIRILLO, JJ.*

Judgment of sentence affirmed.

429 A.2d 83

Commonwealth v. Kehoe, Appellant.

Argued June 10, 1980. Janet W. Mason, Assistant Public Defender, for appellant; Lee Ruslander, Assistant District Attorney, for Commonwealth, appellee.

Before HESTER, CAVANAUGH and VAN der VOORT, JJ.

Judgment of sentence affirmed.

* Judge Vincent A. Cirillo, of the Court of Common Pleas of Montgomery County, Pennsylvania, is sitting by designation.